# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### DOCKET NO. 5:14-MJ-1018-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **Kevin L. Street** | ) | |
| | ) | |

On October 8, 2014, Kevin L. Street appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Simple Possession of a Controlled Substance, in violation of 21 U.S.C. § 844(a), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on June 10, 2015, the court finds as a fact that Kevin L. Street, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 3 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of June, 2015.

_____
James E. Gates
U.S. Magistrate Judge